UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Leonard Mangum,　　　　　　　　　　　　　　　　　　Civil No. 24-1505 (PJS/LIB)

　　　　　　Petitioner,

vs.　　　　　　　　　　　　　　　　　　　　　　　　　ORDER ADOPTING
　　　　　　　　　　　　　　　　　　　　　　　REPORT AND RECOMMENDATION
Tracy Beltz Warden MCF Faribault,
Keith Ellingson,

　　　　　　Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. This action is **DISMISSED without prejudice** for failure to exhaust state remedies or, alternatively, under Fed. R. Civ. P. 41(b) for failure to prosecute.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 19, 2024　　　　　　　　　　　　s/Patrick J. Schiltz
At Minneapolis, Minnesota　　　　　　　　　　Patrick J. Schiltz, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court